FILED

2011 JAN -6 AM 2: 34

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  PLAINTIFF

v.

Gabriel Benharosh DEFENDANT(S).

CASE NUMBER:

11 MJ 00040  NG

**REPORT COMMENCING CRIMINAL ACTION**

TO:    CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 1/6/11 @ 0900 ☒ AM / ☐ PM

2. Defendant is in lock-up (in this court building) Yes ☒   No ☐

3. Charges under which defendant has been booked:
   18 USC 1324

4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

5. U.S. Citizen: ☐ Yes   ☒ No   ☐ Unknown

6. Interpreter Required: ☐ No   ☒ Yes: Hebrew _____ (Language)

7. Year of Birth: ▓▓▓▓ 59

8. The defendant is:  ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.

9. Place of detention (if out-of-district): USMS

10. Date detainer placed on defendant: 1/6/11

11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)

12. Does the defendant have retained counsel ? ☒ No
    ☐ Yes   Name: _____ and Phone Number: _____

13. Did you notify Pretrial Services? ☐ No
    ☒ If yes, please list Officer's Name: Duty agent Time: 1430 AM / ☒ PM

14. Remarks (if any): _____

15. Date: 1/6/11   16. Name: Taylor Johnson (Please Print)

17. Agency: DHS/ICE   18. Signature: _____

19. Office Phone Number: 562 843 2666

CR-64 (06/09)                    REPORT COMMENCING CRIMINAL ACTION