# United States District Court

__CENTRAL__ DISTRICT OF __CALIFORNIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>GABRIEL BENHAROSH,<br><br>aka Gavriel Benharosh, aka Gavriel Ben Harosh,<br>aka Gavriel Ben-Harosh, aka Gavriel Ben Harosh,<br>aka Gabriel Harroch. | WARRANT FOR ARREST<br>ON COMPLAINT<br><br>CASE NUMBER:<br><br>**11-0040M** |

To:  The United States Marshal or any
     Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __GABRIEL BENHAROSH__ and bring him forthwith to the nearest Judge/Magistrate to answer a complaint charging him with violations of 18 U.S.C. § 1001 [False or Fraudulent Statements]; 18 U.S.C. § 1028(A) [Predicates for this offense are mail fraud (18 U.S.C. § 1341) and misuse of evidence of naturalization (18 U.S.C. § 1423)]; 18 U.S.C. § 1341 [mail fraud]; 18 U.S.C. § 1423 [Misuse of Evidence of Naturalization]; 18 U.S.C. § 1425 [Attempted Procurement of Naturalization of Another Unlawfully]; § 1546 [False Statement on Immigration Document]; 42 U.S.C. § 408(a)(6) [Furnishing False Information to the Social Security Administration]; 42 U.S.C. § 408(a)(7)(A) [Fraudulent Use of a Social Security Number Produced by False Information] and 42 U.S.C. § 408(a)(7)(B) [Fraudulent Use of a Social Security Number on Non-Federal Documents].

REC: BY AUSA (DETENTION)

Date: January 5, 2011

HONORABLE PATRICK J. WALSH
Name of Judge/Magistrate Judge

*[signature]*
Signature of Judge/Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

ARRESTED WITHIN THE C/CA
BY: U.S. MARSHALS SERVICE
ON: 1/6/11
SIGNED: *[signature]*

| DATE RECEIVED | NAME & TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |